UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re:

TOYVATION LLC

Debtor.

---------------------------------------------------------------X

Case No. 26-43344-ess

CHAPTER 11

**LIST OF EQUITY SECURITY HOLDERS**

Solomon Poller hereby declares pursuant to 28 U.S.C. §1746 as follows:

The Equity Security Credit Holder of Debtor is:

ARON LANDAU

/s/ Solomon Poller
SOLOMON POLLER