UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

TOYVATION, LLC

Debtor

Case No. 26-43344 -ess

**NOTICE OF MOTION**

_______________________________________X

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Solomon Rosengarten, dated September 14, 2026 and the Declaration of Aron Landau, dated September 14, 2026, a hearing shall be held on a date to be set by the Court, at 10:30 A.M. on the motion filed by the Debtor's attorney, seeking to hold Abraham Roth in contempt and to void an arbitration decision which he rendered on September 7, 2026 and for such other and further relief as to the Court may seem just and proper

The hearing shall be held before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be in writing and filed with the Bankruptcy Court by (the "Objection Deadline") through the Court's electronic filing system. Instructions for electronically filing an objection can be found at www.nyeb.uscourts.gov. A copy of the objection must also be served, so as to be received by the Objection Deadline by the undersigned

Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl. at least two business days before the scheduled hearing. To register,

please provide your name, address, e-mail address, telephone number to be used on the hearing date, and if appropriate, the party that you represent. You will receive instructions on how to access the hearing via email two business days before the hearing. On your hearing date, please connect at least ten minutes before your scheduled hearing time and keep your audio and video on mute until your case is called.

Dated: September 14, 2026

Respectfully submitted,
/s/ *Solomon Rosengarten*
Attorney for Debtor
2329 Nostrand Avenue – Suite 100
Brooklyn, New York 11210
718-627-4460
vokma@aol.com