EXHIBIT "B"

June 20, 2025

FROM: Aron Landau & Israel Schaya
TO: Abraham Roth, Arbitrator
RE: Arbitration

In reference to the arbitration agreement between Israel Schaya and Aron Landau dated April 10, 2025.

We hereby agree to extend this arbitration until June 25, 2025 11:59PM.

In addition, the parties represent that they are the sole members, shareholders, and/or owners of the following companies: MHB Products Inc, Omni Group Global LLC, Toyvation LLC, Gleeporte Toys LLC, Gleeporte Toys Trust, Real Comfort Trading Inc, BB Supplier Inc, Luxie Products LLC, Gleeporte Toys Trust, MHB Ventures LLC, 54 Palisade LLC,1925 N Brunswick LLC, & Linko Supplies Inc.

Both parties hereby extend the rights and powers of the arbitrator, which are set forth in the arbitration agreement, to specifically include the rights and powers to grant a final arbitration award as to the companies set forth above.

Israel Schaya bought out Omni Ventures NY LLC as of January 1,2021.

Israel Schaya | Aron Landau