**EXHIBIT "F"**

**THE ROSENFELD LAW OFFICE PLLC**

156 Harborview South,
Lawrence, New York 11559

Tel: (516) 547-1717

July 14, 2026

**Re: TOYVATION LLC,**
**NOTICE OF BANKRUPTCY FILING**

To Whom It May Concern:

This office represents **TOYVATION LLC** relating to the above-referenced matter.

Dear Mr. Roth:

We are counsel to Toyvation LLC ("Toyvation"). It is our understanding that Toyvation does not have any existing agreement to arbitrate in front of you and that no court order requires Toyvation to arbitrate in front of you. Nonetheless, given our understanding of the history of the prior proceedings, out of an abundance of caution, Toyvation writes with an update, notice, and demand.

This letter serves as formal notice that any arbitration purportedly pending before you cannot proceed as to Toyvation, and that you are directed to take no further action of any kind in connection therewith. This arbitration is barred from proceeding as to Toyvation and Toyvation's interests for two independent and mandatory reasons, each of which standing alone is dispositive.

Initially, we understand you were sent a letter by Aron Landau dated July 7, 2026, specifying that there is no agreement to arbitrate conferring authority upon you to conduct any further arbitration proceedings. The Arbitration Agreement executed on April 10, 2025, expired by its own terms upon the conclusion of the final extension period on September 12, 2025. No further extensions of the Arbitration Agreement have been executed by Toyvation (or others), and no new arbitration

agreement has been entered into by Toyvation (or other parties as we understand). Toyvation does not consent, and has never consented, to any further extension of the expired Arbitration Agreement, nor will Toyvation consent to any new arbitration agreement with you serving as arbitrator.

Furthermoe, on July 9, 2026, Toyvation LLC fniled a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of New York, Case No. 1-26-43344-ess, assigned to the Honorable Elizabeth S. Stong.

Pursuant to 11 U.S.C. § 362(a), the filing of the bankruptcy petition (attached) operates as an automatic stay, of any and all actions, proceedings, and acts to obtain possession of property of the estate, to exercise control over property of the estate, or to enforce any claim against the debtor or property of the debtor that arose before the commencement of the case. The automatic stay is immediate, absolute, and self-executing. It took effect upon the filing of the petition on July 9, 2026, and requires no further court order.

Accordingly, any arbitration proceeding that purports to affect the assets, interests, property, or rights of Toyvation is stayed by operation of law, effective immediately upon the filing of the petition. This includes any and all proceedings before you in this matter that involve or purport to affect Toyvation's assets or property in any manner whatsoever. **This includes any attempt to arbitrate any of the other 13 entities that were once together brought to you for arbitration and also includes a restriction to adjudicate any split in assets of Mr. Aron Landau and Mr. Israel Schaya personally. As all such splits of any one are intertwined with each other.**

Section 362(k)(1) of the Bankruptcy Code provides: *"[A]n individual injured by any willful violation of a stay provided by this section shall recover actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages."*

In light of this notice, please be advised that it is Toyvation's position that any action taken in this arbitration that affects or purports to affect Toyvation's assets, interests, or property, related distributions, draws, loans, transfers, diversion of funds, from related entities, or any share or

asset or amount of money for **Mr. Aron Landau and Mr. Israel Schaya personally**, while the automatic stay is in effect would constitute a willful violation of the stay and is, as matter of law, void *ab initio*. Please be guided accordingly.

This notice is not intended to constitute an appearance or participation in any way by Toyvation in any arbitration proceeding before you.

Very Truly Yours,

*Avinoam Rosenfeld*_________________
**Avinoam Rosenfeld, Esq.**
*Representing:*
**TOYVATION LLC**
The Rosenfeld Law Office PLLC
156 Harborview South,
Lawrence, New York 11559
Tel: (516) 547-1717

United States Bankruptcy Court
Eastern District of New York

FILED
07/09/2026
3:29 PM

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 07/09/2026 at 3:55 PM and filed on 07/09/2026 at 3:29 PM .

**Toyvation LLC**
443 E. 54th St.
Brooklyn, NY 11218
Tax ID / EIN: 86-2250220

The case was assigned case number 1-26-43344-ess to Judge Elizabeth S. Stong.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.nyeb.uscourts.gov/ or at the Clerk's Office, 271-C Cadman Plaza East, Suite 1595, Brooklyn, NY 11201-1800.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Paul Dickson**
**Clerk, U.S. Bankruptcy Court**

Gmail

Aron Landau <aronlandau01@gmail.com>

# Fwd: RE Toyvation LLC Bankruptcy Notice

**DavidWeiss.rosenfeldlaw** <davidweissrosenfeldlaw@gmail.com> Tue, Jul 14, 2026 at 5:34 PM
To: "Aronlandau01@gmail.com" <Aronlandau01@gmail.com>

Please do not respond to this email.

---------- Forwarded message ---------
From: **DavidWeiss.rosenfeldlaw** <davidweissrosenfeldlaw@gmail.com>
Date: Tue, Jul 14, 2026 at 4:51 PM
Subject: RE Toyvation LLC Bankruptcy Notice
To: <aroth@rothcocpa.com>

Mr. Roth,

Please see the attached letter.

Thanks,

David Weiss@
THE ROSENFELD LAW OFFICE PLLC
156 Harborview South
Lawrence, New York 11559
PH. (718) 755-0032 (Brooklyn)/(516) 547-1717

This e-mail message may contain legally privileged and/or confidential information. Email messages to non-clients are normally confidential and may also be legally privileged. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**2 attachments**

**NOTICE (2).pdf**
442K

**THE ROSENFELD LAW OFFICE PLLC letter regarding BK Toyvation Roth.pdf**
299K