**EXHIBIT "H"**

Gmail

Aron Landau <aronlandau01@gmail.com>

# DRAFT Arbitration Award

**Abraham Roth** <aroth@rothcocpa.com> Thu, Jun 19, 2025 at 12:06 PM
To: Aron Landau <aronlandau01@gmail.com>, Israel Schaya <israel@goldstarelectronics.com>

See attached draft arbitration award, please comment only by email and only on the following issues:

1. Outright mistakes
2. Items I obviously missed
3. Language

Please comment by tomorrow morning 10:00AM, I will be issuing the final before 12:00PM.

Abe Roth

Roth&Co

**Abraham Roth, CPA** | Founding Partner

**P** 718-975-5301 1428 36th Street, Suite 200
**F** 718-975-5305 Brooklyn, New York 11218

www.rothcocpa.com

*An independent member of the BDO Alliance USA*

This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is proprietary, confidential, and exempt from disclosure under applicable law. Any unauthorized review, use, disclosure, or any distribution is prohibited. If you have received this email in error please notify the sender by return email and delete the original message. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. Please note, the recipient should check this email and any attachments for the presence of viruses. The organization accepts no liability for any damage caused by any virus transmitted by this email.
Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Roth & Company LLP would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

**Arbitration Award.pdf**
164K

Gmail

Aron Landau <aronlandau01@gmail.com>

## Final Calculation

**Dovy Gartenhaus** <dgartenhaus@rothcocpa.com> Thu, Jun 19, 2025 at 2:58 PM
To: Aron Landau <aronlandau01@gmail.com>, Israel Schaya <israel@goldstarelectronics.com>
Cc: Shulem Rosenbaum <srosenbaum@rothcocpa.com>, Machly Green <mgreen@rothcocpa.com>, Abraham Roth <aroth@rothcocpa.com>

Please see attached.

The same instructions Mr. Roth sent about the award apply here.

Roth&Co

**Dovy Gartenhaus** | Associate
Advisory Services

**P** 718-975-5328 400 Boulevard of the Americas, Suite 301
Lakewood, New Jersey 08701

www.rothcocpa.com
**Click Here to Send Files Safely.**

*An independent member of the BDO Alliance USA*

This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is proprietary, confidential, and exempt from disclosure under applicable law. Any unauthorized review, use, disclosure, or any distribution is prohibited. If you have received this email in error please notify the sender by return email and delete the original message. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. Please note, the recipient should check this email and any attachments for the presence of viruses. The organization accepts no liability for any damage caused by any virus transmitted by this email.
Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Roth & Company LLP would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

**Final Calculation.xlsx**
245K

**Income Statement 3 — “Net Income Toyvation” feeding “Combined Net Income” and “Net Income for Distribution”**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Meals and Entertainment | | | - | - | 1,167.44 | - | - | 1,167.44 |
| Office Supplies | | | 74.02 | 558.93 | 2,665.57 | 85.60 | - | 3,384.12 |
| outside service | | | 28,354.21 | 11,813.29 | 31,790.69 | 17,032.81 | - | ###### |
| Payroll Expenses | | | 56,947.30 | 11,994.93 | - | - | - | ###### |
| Payroll Processing Fees | | | 948.00 | 848.00 | 30.00 | 1,650.00 | - | ###### |
| Payroll Taxes | | | 25,702.48 | 7,988.22 | - | - | 1,254.90 | ###### |
| Product Development - Design Se | | | - | 48,000.00 | - | - | - | ###### |
| Professional Fees | | | | | | | | |
| Legal Fees | | | 4,948.00 | 6,388.84 | 57,846.04 | 27,705.00 | 175.00 | ###### |
| Professional Fees - Other | | | - | 1,672.50 | 4,557.50 | - | - | ###### |
| Total Professional Fees | | | 4,948.00 | 8,061.34 | 62,403.54 | 27,705.00 | 175.00 | ###### |
| Rent Expense | | | 381.06 | - | - | - | - | 381.06 |
| shipping expense | | | 12.55 | 25.73 | 6,256.97 | 45.15 | 232.68 | ###### |
| Travel Expense | | | | - | 20,309.31 | - | - | ###### |
| Trucking to Amazon FBA | | | 11,044.36 | 5,768.00 | - | - | - | ###### |
| Warehouse Expense | | | 8,440.40 | 56,723.48 | 41,838.47 | 95,426.03 | 29,000.00 | ###### |
| Total Expense | | | 173,578.82 | 210,736.43 | ####### | 175,354.54 | 31,312.28 | ###### |
| Net Ordinary Income | | | ####### | (82,324.79) | ####### | ####### | (45,848.77) | ###### |
| Other Income/Expense | | | | | | | | |
| Other Income | | | | | | | | |
| Cash Back Rewards | | | - | - | - | 582.49 | - | 582.49 |
| Total Other Income | | | - | - | - | 582.49 | - | 582.49 |
| Other Expense | | | | | | | | |
| Charitable Contributions | | | - | - | 100.00 | - | - | 100.00 |
| Inventory Write-Off | | | - | 11,865.00 | - | - | - | ###### |
| Total Other Expense | | | - | 11,865.00 | 100.00 | - | - | ###### |
| Net Other Income | | | - | (11,865.00) | (100.00) | 582.49 | - | ###### |
| **Net Income Toyvation** | | | ####### | (94,189.79) | ####### | ####### | (45,848.77) | ###### |
| **Combined Net Income** | 133,788.45 | ####### | 90,096.01 | ####### | 284,339.11 | ####### | ####### | ###### |
| PAB | | | | 80,898.00 | 27,150.51 | (9,828.03) | | ###### |
| Wrong Year | | (22,738.03) | 22,738.03 | | | | | - |
| **Combine Net Income before Salary** | 133,788.45 | ####### | 112,834.04 | ####### | 257,188.60 | ####### | ####### | ###### |
| Salary Aror | 75,000.00 | 150,000.00 | 150,000.00 | 150,000.00 | 150,000.00 | 75,000.00 | | ###### |
| **Net income after AL Salary** | 58,788.45 | ####### | (37,165.96) | ####### | 107,188.60 | ####### | ####### | ###### |
| Salary Israe | 58,788.45 | 166,211.55 | - | - | 107,188.60 | - | - | ###### |
| | | | | | | | | - |
| **Net Income after Salary** | - | ####### | (37,165.96) | ####### | - | ####### | ####### | ###### |
| Adjsutment to inventory as per agree | | | 119,488.16 | | | | | |
| **Net Income for Distrubution** | - | ####### | ####### | ####### | - | ####### | ####### | ###### |

Final Calculation | Capital Calculation | Income Statement 3 | Final Balance Sheet

# Income Statement 3 — "Net Income BB" on the same worksheet

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Profe | 22,174.16 | 50,201.56 | 26,686.09 | 6,328.78 | 3,645.02 | 18,431.17 | 23,140.00 | ###### | | |
| Rent Expense | | | | | | | | | | |
| 5901 13th Av | - | 6,600.00 | - | - | - | - | - | ###### | | |
| Rent Exper | 2,450.00 | 38,800.00 | 31,150.00 | 31,827.00 | 32,781.81 | 33,765.26 | 17,389.14 | ###### | | |
| Total Rent I | 2,450.00 | 45,400.00 | 31,150.00 | 31,827.00 | 32,781.81 | 33,765.26 | 17,389.14 | ###### | | |
| Repairs an | 8.68 | 1,054.54 | - | - | - | - | - | 1,063.22 | | |
| Taxes | 109.99 | - | - | - | - | - | - | 109.99 | | |
| Taxes - Cor | 445.82 | 1,050.00 | 552.00 | 9,526.68 | 350.00 | 25.00 | - | ###### | | |
| Telephone | 194.88 | 635.22 | 2,131.34 | 1,765.16 | 2,713.70 | 1,524.24 | - | ###### | | |
| Tools & Sm | - | 2,575.00 | - | - | - | - | - | ###### | | |
| Travel Exp | 427.64 | 12,218.32 | 1,926.07 | 5,366.41 | 308.36 | - | - | ###### | | |
| Utilities | 1,303.70 | 7,365.27 | - | - | - | - | - | ###### | | |
| Warehouse | 16,356.10 | 117,606.68 | 90,248.19 | 37,370.93 | 6,797.30 | 7,854.00 | 6,810.94 | ###### | | |
| Website | - | - | 244.92 | 80.54 | 140.64 | 151.34 | - | 617.44 | | |
| Website Hc | 149.00 | 695.52 | 222.09 | 222.09 | - | - | - | 1,288.70 | | |
| Total Exper | 99,687.39 | 561,819.52 | 300,584.21 | 334,609.61 | 357,164.44 | ####### | 92,386.71 | ###### | | |
| Net Ordinar | 304,655.15 | ####### | 201,962.46 | ####### | ####### | ####### | ####### | ###### | | |
| Other Income/Expense | | | | | | | | | | |
| Other Income | | | | | | | | | | |
| Gain on sal | - | - | - | - | - | - | - | - | | |
| Interest Inc | 133.30 | - | - | - | - | - | - | 133.30 | | |
| Rewards/Ca | - | - | - | 13,340.00 | 6,400.00 | 23,889.82 | - | ###### | | |
| Total Other | 133.30 | - | - | 13,340.00 | 6,400.00 | 23,889.82 | - | ###### | | |
| Other Expense | | | 2,800.00 | | | | | | | |
| SG Buyout | 171,000.00 | - | - | - | - | - | - | ###### | | |
| Total Other | 171,000.00 | - | 2,800.00 | - | - | - | - | ###### | | |
| **Net Other Income** | ####### | - | (2,800.00) | 13,340.00 | 6,400.00 | 23,889.82 | - | ###### | | |
| **Net Income BB** | 133,788.45 | ####### | 199,162.46 | ####### | ####### | ####### | ####### | ###### | ####### | |
| | | | | | | | | | (861,187.14) | |
| | | | | | | | | | ######## | |
| Income | | | | | | | | | | |
| Merchandise Sales | | | ####### | ####### | ####### | ####### | 126,439.19 | ###### | | |
| Unknown Income | | | - | - | - | - | - | - | | |
| Total Income | | | ####### | ####### | ####### | ####### | 126,439.19 | ###### | | |
| Cost of Goods Sold | | | | | | | | | | |
| Amazon Advertising | | | 143,872.70 | ####### | 568,391.30 | 241,034.50 | 32,961.26 | ###### | | |
| Amazon Fees | | | | | | | | | | |
| Disposal Fee | | | 162.45 | 1,267.86 | 4,074.84 | (1,245.45) | (573.55) | 3,686.15 | | |
| FBA Inbound Transportation Fee | | | - | 264.34 | - | 19,571.97 | 4,147.37 | ###### | | |
| Lightning Deal Fee | | | 7,432.20 | 10,551.80 | 41,821.40 | 29,881.00 | 1.20 | ###### | | |
| Promotion fee Special | | | - | 1,000.00 | - | - | 300.00 | 1,300.00 | | |
| Removal Complete | | | - | - | 207.00 | 7,674.73 | - | 7,881.73 | | |
| Storage Fee | | | 9,443.19 | 73,168.81 | 105,616.37 | 87,817.26 | 7,390.69 | ###### | | |
| Subscription Fee | | | 359.91 | 416.71 | 250.07 | 624.79 | 112.78 | 1,764.26 | | |
| Vine Enrollment Fee | | | - | 1,000.00 | 1,300.00 | 200.00 | - | ###### | | |
| Amazon Fees - Other | | | ####### | ####### | ####### | 108.93 | 292.83 | ###### | | |
| Total Amazon Fees | | | 553,941.80 | ####### | ####### | 144,633.23 | 11,671.32 | ###### | | |
| Cost of Goods Sold | | | 220,371.25 | ####### | ####### | 682,814.27 | 63,160.09 | ###### | | AP Chang |
| freight cost | | | 91,614.46 | 221,546.94 | 189,586.60 | 171,945.71 | 32,881.09 | ###### | | 18,127.20 |
| Inventory Adjustment | | | 1,424.72 | 4,470.25 | 19,564.42 | 3,186.84 | - | ###### | | Storage fee ch |
| Marketplace Fees | | | 2,097.79 | 4,192.59 | 12,436.82 | 2,592.90 | 129.98 | ###### | | 25,333.42 |
| Merchant Account Fees | | | - | 704.34 | - | - | 171.94 | 876.28 | | |
| Product Development | | | 11,880.00 | 17,767.00 | 26,090.27 | 4,176.26 | - | ###### | | |
| Product Samples Expense | | | | | | | | | | |
| Barcodes | | | 250.00 | 63.00 | - | - | - | 313.00 | | |
| Mold Fee | | | 28,019.00 | 177,494.00 | 46,945.00 | 29,891.00 | - | ###### | | |
| Tooling Fee | | | [illegible] | [illegible] | [illegible] | | | [illegible] | | |

Final Calculation | Capital Calculation | Income Statement 3 | Final Balance Sheet

## Consolidated Balance sheet

| Assets | |
|---|---|
| Inventory | 142,090 |
| Cash | 15,223 |
| Deposit Receivabl | 4,240 |
| Amazon Reserve | 5,218 |
| AR - Owed by Isra | 67,417 |
| AL 160k Loan 202 | 160,000 |
| AL Brother 415 Inv | 15,000 |
| AL Goldstar Real E | 370,432 |
| BB Supplier | 643,564 |
| **Total Assets** | **1,423,184** |

| Liabilities | |
|---|---|
| Accounts Payable | 666,776 |
| Citizens LOC | 70,701 |
| Goldstar Real Esta | 299,000 |
| Goldstar Short Ter | 290,000 |
| Omni Group L/E | 168,248 |
| Omni Mask Amazo | 376,153 |
| Omni Masks Amaz | 16 |
| Goldstar Electroni | 1,243 |
| TD LOC 9001 | 96,642 |
| TOYVATION L/E | 643,564 |
| Goldstar Electroni | 95,000 |
| **Total Liabilities** | **2,707,343** |

| | Dec 31, 19 | Dec 31, 20 | Dec 31, 21 | Dec 31, 22 | Dec 31, 23 | Dec 31, 24 |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| **Checking/Savings** | | | | | | |
| **Chase 0962 BB** | 161,042.94 | 778,436.05 | 0.00 | 0.00 | 0.00 | 0 |
| **Chase 1886 Omni Global** | 0.00 | 0.00 | 17,249.33 | 0.00 | 0.00 | 0 |
| **Chase 3298 LUXIE PRODUCTS** | 0.00 | 0.00 | 0.00 | 111.20 | 0.00 | 0 |
| **Chase 6987 GLEEPORTE** | 0.00 | 0.00 | 1,314.47 | 11,242.52 | 0.00 | 0 |
| **Chase 8609 MHB** | 0.00 | 0.00 | 29,009.24 | 261,617.02 | 0.00 | 0 |
| **Citizens Bank** | 76.31 | 5,319.48 | 5,284.48 | 4,227.77 | 3,802.52 | 64 |
| **Investors Bank** | 54.69 | 1,508.53 | 1,478.53 | 1,478.53 | 1,478.53 | 1,478 |
| **Nublek Inc** | 16.00 | 286.01 | 261.01 | 261.01 | 261.01 | 261 |
| **Santander Bank 7419** | 1,332.92 | 972.92 | 612.92 | 87.92 | 15,893.33 | 1,515 |
| **TD Bank 6116** | 0.00 | 0.00 | 0.00 | 2,124.04 | 39.31 | 186 |
| **Total Checking/Savings** | 162,522.86 | 786,522.99 | 55,209.98 | 281,150.01 | 21,474.70 | 3,505 |
| **Accounts Receivable** | | | | | | |
| **Accounts Receivable** | 285,000.00 | 89,845.26 | 70,060.54 | 70,216.66 | 70,216.66 | 70,2 |
| **Total Accounts Receivable** | 285,000.00 | 89,845.26 | 70,060.54 | 70,216.66 | 70,216.66 | 70,216 |

Final Calculation | Capital Calculation | Income Statement 3 | Final Balance Sheet

# Total Principal – First Award (June 19)

| | |
|---|---|
| **$232,500.00** | Distribution - to divert to Schaya personally |
| **$280,000.00** | Distribution - to divert to Schaya personally |
| **$300,000.00** | Distribution - to divert to Schaya personally |
| **$15,000.00** | Distribution - to divert to Schaya personally |
| **$160,000.00** | Distribution - to divert to Schaya personally |
| **$370,000.00** | Distribution - to divert to Schaya personally |
| **$204,000.00** | Distribution - to divert to Schaya personally |
| **Total Principal** | **$1,561,500.00** |

**ARBITRATION AWARD**

**Arbitrator:** Abraham Roth
**Date of Award:** June 22,2025
**Parties:**

- Aron Landau residing at 5221 16th Ave Brooklyn, NY 11204 (AL)
- Israel Schaya residing at 1636 51st Street Brooklyn, NY 11204 (IS)
- All their jointly owned companies

---

## 1. Background

This arbitration was conducted privately and voluntarily by agreement of both parties. The arbitrator was jointly selected by the parties and accepted the appointment on April 10,2025.

The arbitration took place on various dates, and both parties had the opportunity to present their positions.

---

## 2. Findings and Decisions

1. AL received $465,000 for the sale of his share in the business lines known as Omni Ventures, Pound A Ball and BU, since BB Suppliers Inc/Toyvation LLC (BB/T) was operating at a loss, $232,500 (compromise) of this distribution is due to IS plus interest at Prime +3.
2. Other loans and distributions are as follows:

A. $370,000 is real estate loan at 15% interest
B. $300,000 distribution to be returned with interest at prime +3
C. $15,000 distribution to be returned with interest at prime +3
D. $204,000 distribution to be returned with interest at prime +3
E. $280,000 distribution to be returned with interest at prime +3
F. $160,000 distribution to be returned with interest at prime +3

The loans/distributions are subject to interest from inception of the loan or distributions, except for the $160,000 distribution which is subject to interest from January 2022 and the $300,000 distribution is subject to interest from January 2021.

3. TD loan is the obligation of both sides
4. Citizen's loan is obligation of IS- If AL paid more than 50% of the loan, he can take the excess off the loans payable to IS.

DRAFT

# Total Principal – First Award (August 12)

| | |
|---|---|
| **$232,500.00** | Distribution - to divert to Schaya personally |
| **$280,000.00** | Distribution - to divert to Schaya personally |
| **$300,000.00** | Distribution - to divert to Schaya personally |
| **$15,000.00** | Distribution - to divert to Schaya personally |
| **$160,000.00** | Distribution - to divert to Schaya personally |
| **$370,000.00** | Distribution - to divert to Schaya personally |
| **$204,000.00** | Distribution - to divert to Schaya personally |
| **Total Principal** | **$1,561,500.00** |

**ARBITRATION AWARD**

**Arbitrator:** Abraham Roth
**Date of Award:** August 11, 2025
**Parties:**

- Aron Landau residing at 5221 16th Ave Brooklyn, NY 11204 (Landau)
- Israel Schaya residing at 1636 51st Street Brooklyn, NY 11204 (Schaya)
- All their jointly owned companies including but not limited to (i) Toyvation LLC, (ii) BB Supplier Inc, (iii) MHB Ventures LLC, (iv) 54 Palisade LLC, and (v) 1925 N Brunswick LLC.

## 1. Background

This arbitration was conducted privately and voluntarily by agreement of both parties. The arbitrator was jointly selected by the parties and accepted the appointment on April 10, 2025, which arbitration agreement was extended/amended by agreements dated May 8, 2025, May 26, 2025, June 20, 2025, June 25, 2025, July 1, 2025, July 9, 2025, July 16, 2025, July 23, 2025 and August 4, 2025.

The arbitration took place on various dates, and both parties had the full opportunity to present their positions.

## 2. Findings and Decisions

1. Landau owes Schaya the total sum of One Million Six Hundred Twenty-Eight Thousand and Five Hundred Seventy-Two Dollars ($1,628,572.60) (the "Money Owed"). (The Money Owed consists of $1,561,500.00 in principal and $67,072.60 in accrued "interest" according to the *heter iska* provision in the real estate agreement dated June 17, 2024).

2. This award is final on all issues set forth herein. There is one additional dispute in the amount of approximately $450,000 related to an *iska* arrangement. This dispute is not related to the matters addressed here or the Money Owed but is being addressed in accordance to the arbitration agreement dated April 10, 2025 and has not yet been decided. Mr. Landau requested that a meeting be scheduled for August 18, 2025 to discuss this dispute. Accordingly, I hereby set that date to discuss this matter, and the matter will be decided separately.

3. The loan from TD Bank in the principal amount of $96,642.32, identified as Loan No. 004-00001-4925616-9001, shall be the joint obligation of both parties and shall be repaid by Landau and Schaya in equal shares.

4. The loan from Citizens Bank in the principal amount of $70,701.00 shall be the sole responsibility of Schaya, who shall remain exclusively liable for its repayment. $11,889.00 shall be set off from the Money Owed set forth above.

# Total Principal – First Award (September 12)

| | |
|---|---|
| **$232,500.00** | Distribution - to divert to Schaya personally |
| **$280,000.00** | Distribution - to divert to Schaya personally |
| **$300,000.00** | Distribution - to divert to Schaya personally |
| **$15,000.00** | Distribution - to divert to Schaya personally |
| **$160,000.00** | Distribution - to divert to Schaya personally |
| **$370,000.00** | Distribution - to divert to Schaya personally |
| **$204,000.00** | Distribution - to divert to Schaya personally |
| **Total Principal** | **$1,561,500.00** |

# SUPPLEMENTAL FINAL ARBITRATION AWARD

**Arbitrator**: Abraham Roth

**Date of Award:** September 12, 2025

**Parties:** Aron Landau residing at 5221 16th Ave Brooklyn, NY 11204 (Landau)

Israel Schaya residing at 1636 51st Street Brooklyn, NY 11204 (Schaya)

All their jointly owned companies including but not limited to (i) Toyvation LLC, (ii) BB Supplier Inc, (iii) MHB Ventures LLC, (iv) 54 Palisade LLC, and (v) 1925 N Brunswick LLC.

## 1. Background

This arbitration was conducted privately and voluntarily by agreement of both parties. The arbitrator was jointly selected by the parties and accepted the appointment on April 10, 2025, which arbitration agreement was extended/amended by agreements dated May 8, 2025, May 26, 2025, June 20, 2025, June 25, 2025, July 1, 2025, July 9, 2025, July 16, 2025, July 23, 2025, August 4, 2025 and September 3, 2025.

The arbitration took place on various dates, and both parties had the full opportunity to present their positions.

## 2. Findings and Decisions

As noted in paragraph 2 of my Award dated August 11, 2025, one claim remained open for further determination concerning a dispute related to an *iska* arrangement. I received additional testimony and submissions from the parties. In the course of these proceedings, Israel Schaya agreed to waive some of his claims, and I have now fully considered the matter. I hereby determine that Aron Landau owes Israel Schaya the additional sum of $89,738.49. This Award resolves the only claim expressly left open in my August 11, 2025 Award.

After accounting for the Award dated August 11 in the amount of $1,628,572.60, together with the Award issued today in the amount of $89,738.49, the combined amount is $1,718,311.09. Accordingly, Mr. Landau owes Mr. Schaya the aggregate sum of $1,718,311.09, reflecting both final awards.

Subsequent to issuing my August 11, 2025 Award, Aron Landau moved to reargue that determination, alleging various errors, including accounting and mathematical inaccuracies. After careful review and consideration, I find that my August 11, 2025 Award is correct and final in all respects as to the matters determined therein. That Award remains fully binding and is not changed or reopened.

receivership motion. By Order to Show Cause signed August 20, 2026, the Court directed that a new arbitration hearing proceed before me. That Order did not require me to hold a further hearing on the claims already heard and determined in the vacated awards. I determined that no additional hearing was necessary for me to consider and determine the remanded issues and issue this Award. The evidence and submissions necessary to determine the remanded issues were already before me: those issues were submitted by the parties and argued by both parties during the arbitration. The record is complete, and I have determined them upon that record as paragraphs 2 and 7 of the Arbitration Agreement permit. The Appellate Division denied a stay of the remand.

1.4 Toyvation LLC filed a Chapter 11 petition on July 9, 2026 (E.D.N.Y. Case No. 1-26-43344-ess) and 1925 N Brunswick LLC on July 13, 2026 (Case No. 1-26-43382-jmm). By Order dated August 9, 2026 in the Brunswick case, the Bankruptcy Court held that the automatic stay does not apply to my considering and determining the remanded issues and issuing a new award on the existing record, directed that I not schedule or conduct any further hearing before the hearing of the motion to which that Order relates, and directed that neither party enter judgment on any award before that motion is heard and determined.

1.5 My authority rests on the Arbitration Agreement as extended, on CPLR 7511 (d), and on the Court's orders of July 6, July 10 and August 20, 2026. The expiration of the Arbitration Agreement did not terminate my authority, which those orders confirm and continue. I have exercised the powers conferred by paragraphs 5, 6, 7, 8, 9, 10 and 11 of the Arbitration Agreement.

1.6 The prior awards having been vacated; this Award is the sole award in this arbitration. I have held no further hearings on the supplemental issues. Section 2 clarifies the sums due under the Initial Award and the Supplemental Award; Sections 3 and 4 determine the unresolved issues.

## 2. Clarification of the Sums Due

Clarification. The Initial Award, paragraph 4, directed that $11,889.00 be set off from the Money Owed; that setoff was not applied in arriving at the $1,628,572.60 stated in the Initial Award, paragraph 1, and has not been applied since. Applying it once, and once only, the "Money Owed" is $1,616,683.60. With the $89,738.49 awarded by the Supplemental Award (the "Iska Sum"), the "Total Award Sum" that Landau owes Schaya is $1,706,422.09. The Supplemental Award described the combined amount as $1,718,311.09; that figure did not reflect the setoff, and the difference is that setoff. Wherever this Award refers to the Money Owed, it refers to the net sum of $1,616,683.60; wherever it refers to the Total Award Sum, it refers to $1,706,422.09. The pledge described in paragraph 4.4 secures, and the condition precedent in paragraph 4.2 requires, the Total