**EXHIBIT "I"**

# EXHIBIT

## SOURCE OF THE AWARD

### The assets, QuickBooks and accounting of Toyvation LLC — the bankruptcy estate

with source documents:
Toyvation QuickBooks files, the accounting schedule,
and the arbitrator's correspondence of May–August 2025

Gmail

Aron Landau <aronlandau01@gmail.com>

## BB/Toyvation Review

**Shulem Rosenbaum** <srosenbaum@rothcocpa.com> Wed, May 14, 2025 at 3:05 PM
To: Aron Landau <aronlandau01@gmail.com>, Aron Landau <aron@omnigroupny.com>, Israel Schaya <israel@goldstarelectronics.com>, Dovy Gartenhaus <DGartenhaus@rothcocpa.com>
Cc: Abraham Roth <aroth@rothcocpa.com>

---

**Microsoft Teams** Need help?

**Join the meeting now**

Meeting ID: 299 832 268 058 4

Passcode: H53Y6CD6

---

**Dial in by phone**

+1 213-600-4605,,791869249# United States, Los Angeles

Find a local number

Phone conference ID: 791 869 249#

For organizers: Meeting options | Reset dial-in PIN

---

**invite.ics**
4K

Gmail

Aron Landau <aronlandau01@gmail.com>

# DRAFT Arbitration Award

**Abraham Roth** <aroth@rothcocpa.com> Thu, Jun 19, 2025 at 12:06 PM
To: Aron Landau <aronlandau01@gmail.com>, Israel Schaya <israel@goldstarelectronics.com>

See attached draft arbitration award, please comment only by email and only on the following issues:

1. Outright mistakes
2. Items I obviously missed
3. Language

Please comment by tomorrow morning 10:00AM, I will be issuing the final before 12:00PM.

Abe Roth

Roth&Co

**Abraham Roth, CPA** | Founding Partner

P 718-975-5301 1428 36th Street, Suite 200
F 718-975-5305 Brooklyn, New York 11218

www.rothcocpa.com

*An independent member of the BDO Alliance USA*

This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is proprietary, confidential, and exempt from disclosure under applicable law. Any unauthorized review, use, disclosure, or any distribution is prohibited. If you have received this email in error please notify the sender by return email and delete the original message. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. Please note, the recipient should check this email and any attachments for the presence of viruses. The organization accepts no liability for any damage caused by any virus transmitted by this email.
Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Roth & Company LLP would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

**Arbitration Award.pdf**
164K

**ARBITRATION AWARD**

**Arbitrator:** Abraham Roth
**Date of Award:** June 22,2025
**Parties:**

- Aron Landau residing at 5221 16th Ave Brooklyn, NY 11204 (AL)
- Israel Schaya residing at 1636 51st Street Brooklyn, NY 11204 (IS)
- All their jointly owned companies

---

## 1. Background

This arbitration was conducted privately and voluntarily by agreement of both parties. The arbitrator was jointly selected by the parties and accepted the appointment on April 10,2025.

The arbitration took place on various dates, and both parties had the opportunity to present their positions.

---

## 2. Findings and Decisions

1. AL received $465,000 for the sale of his share in the business lines known as Omni Ventures, Pound A Ball and BU, since BB Suppliers Inc/Toyvation LLC (BB/T) was operating at a loss, $232,500 (compromise) of this distribution is due to IS plus interest at Prime +3.
2. Other loans and distributions are as follows:

A. $370,000 is real estate loan at 15% interest
B. $300,000 distribution to be returned with interest at prime +3
C. $15,000 distribution to be returned with interest at prime +3
D. $204,000 distribution to be returned with interest at prime +3
E. $280,000 distribution to be returned with interest at prime +3
F. $160,000 distribution to be returned with interest at prime +3

The loans/distributions are subject to interest from inception of the loan or distributions, except for the $160,000 distribution which is subject to interest from January 2022 and the $300,000 distribution is subject to interest from January 2021.

3. TD loan is the obligation of both sides
4. Citizen's loan is obligation of IS- If AL paid more than 50% of the loan, he can take the excess off the loans payable to IS.

5. Payments to IS for loans and distributions are due monthly (principle and interest) and shall be self-liquidating in 5 years. If AL provides acceptable security then the loan can be self-liquidating for up to 20 years.
6. Failure by AL to make timely monthly payments will result in a penalty of 1 month's payment, for every late payment.
7. Real Estate agreement signed on 6/17/24 applies to North Brunswick property, except for that there is no discounting of AL share as mentioned on page 2 and interest is 15%. It does not increase to 20% in 2025 and 25% from 2026 and on.
8. Failure to pay Linden mortgage payments on time will result in a penalty of 1 month's mortgage payment, for every late payment.
9. North Brunswick property will serve as collateral for all loans and distributions, IS can record whatever documents he wants for additional security on New Brunswick property and or any other properties belonging to AL.
10. Tech Wave is part of BB/T.
11. Since AL did not take salary in 2024, salary is a payable of the company and cannot be used to offset any loans.
12. All assets of BB/T shall be used to pay off the liabilities of the companies.
13. All entities including Toyvation LLC and BB Suppliers Inc belong to AL.
14. AL is obligated to:

A. Transfer all vendor contacts and introductions.
B. Transfer ownership and access to the following Amazon accounts: Toyvation, Mountain Toys, and Trump account.
C. Handover all login credentials, including access to the Google Admin panel for all Gmail domain accounts.
D. Transfer all intellectual property (IP)—including but not limited to trademarks, patents, and copyrights—to IS new entity to be formed.

   If the above transition obligations are not met within 2 months a penalty of $10,000 will apply.

15. Financial statement attached to award letter are part and parcel of the award.
16. AL has 2 months to buy or sell North Brunswick, and the opening bid will be the value determined by the average of 2 MAI appraisers. If AL buys property, he has to pay down all the loans and distributions (except for the TD loan) or provide other security for loans and distributions due to IS.

DRAFT

## 3. Release of Claims

Both parties agree that, once the above terms are completed, no further claims will be pursued in relation to this dispute.

## 4. Award

Based on the parties' agreement, and in my role as arbitrator, I issue this Award incorporating the above terms. This Award is final and binding and may be entered as a court judgement for enforcement.

## 5. Terms of this award are confidential

Signed,

**Abraham Roth**
Arbitrator
Date: 6/22/2025

Served on Parties by email

DRAFT

Gmail

Aron Landau <aronlandau01@gmail.com>

# Final Calculation

**Dovy Gartenhaus** <dgartenhaus@rothcocpa.com> Thu, Jun 19, 2025 at 2:58 PM
To: Aron Landau <aronlandau01@gmail.com>, Israel Schaya <israel@goldstarelectronics.com>
Cc: Shulem Rosenbaum <srosenbaum@rothcocpa.com>, Machly Green <mgreen@rothcocpa.com>, Abraham Roth <aroth@rothcocpa.com>

Please see attached.

The same instructions Mr. Roth sent about the award apply here.

Roth&Co

**Dovy Gartenhaus** | Associate
Advisory Services

**P** 718-975-5328 400 Boulevard of the Americas, Suite 301
Lakewood, New Jersey 08701

www.rothcocpa.com
Click Here to Send Files Safely.

*An independent member of the BDO Alliance USA*

This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is proprietary, confidential, and exempt from disclosure under applicable law. Any unauthorized review, use, disclosure, or any distribution is prohibited. If you have received this email in error please notify the sender by return email and delete the original message. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. Please note, the recipient should check this email and any attachments for the presence of viruses. The organization accepts no liability for any damage caused by any virus transmitted by this email.
Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Roth & Company LLP would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

**Final Calculation.xlsx**
245K

| | | | | |
|---|---|---|---|---|
| Total Expense | | | 173,578.82 | 210,736.43 |
| Net Ordinary Income | | | (109,066.45) | (82,324.79) |
| Other Income/Expense | | | | |
| Other Income | | | | |
| Cash Back Rewards | | | - | - |
| Total Other Income | | | - | - |
| Other Expense | | | | |
| Charitable Contributions | | | - | - |
| Inventory Write-Off | | | - | 11,865.00 |
| Total Other Expense | | | - | 11,865.00 |
| Net Other Income | | | - | (11,865.00) |
| **Net Income Toyvation** | | | (109,066.45) | (94,189.79) |
| **Combined Net Income** | 133,788.45 | 1,235,783.83 | 90,096.01 | (634,737.98) |
| PAB | | | | 80,898.00 |
| Wrong Year | | (22,738.03) | 22,738.03 | |
| **bine Net Income before Salary** | 133,788.45 | 1,213,045.80 | 112,834.04 | (715,635.98) |
| Salary Aron Landau | 75,000.00 | 150,000.00 | 150,000.00 | 150,000.00 |
| **Net income after AL Salary** | 58,788.45 | 1,063,045.80 | (37,165.96) | (865,635.98) |
| Salary Israel Schaya | 58,788.45 | 166,211.55 | - | - |
| **Net Income after Salary** | - | 896,834.25 | (37,165.96) | (865,635.98) |
| Adjsutment to inventory as per agreement | | | 119,488.16 | |
| **Net Income for Distrubution** | - | 896,834.25 | (156,654.12) | (865,635.98) |

| | | | |
|---|---|---|---|
| 233,957.57 | 175,354.54 | 31,312.28 | ####### |
| 899,324.40 | (106,865.74) | (45,848.77) | ####### |
| - | 582.49 | - | 582.49 |
| - | 582.49 | - | 582.49 |
| 100.00 | - | - | 100.00 |
| - | - | - | ####### |
| 100.00 | - | - | ####### |
| (100.00) | 582.49 | - | ####### |
| 899,224.40 | (106,283.25) | (45,848.77) | ####### |
| 284,339.11 | (463,384.94) | (213,235.48) | ####### |
| 27,150.51 | (9,828.03) | | ####### |
| | | | - |
| 257,188.60 | (453,556.91) | (213,235.48) | ####### |
| 150,000.00 | 75,000.00 | | ####### |
| 107,188.60 | (528,556.91) | (213,235.48) | ####### |
| 107,188.60 | - | - | ####### |
| | | | - |
| - | (528,556.91) | (213,235.48) | ####### |
| - | (528,556.91) | (213,235.48) | ####### |

P

Gmail

Aron Landau <aronlandau01@gmail.com>

## Quick Books File

**Dovy Gartenhaus** <dgartenhaus@rothcocpa.com> Wed, Aug 6, 2025 at 10:01 AM
To: "aronlandau01@gmail.com" <aronlandau01@gmail.com>, "Jmgesq@jmgesq.us" <Jmgesq@jmgesq.us>, "msilber@silberlawny.com" <msilber@silberlawny.com>

company-logo

# Download Your Documents

Hello,

Dovy Gartenhaus has sent you the enclosed file(s) for download.

Kindly download them before **September 5, 2025**.

Please click the button below to download your file(s) securely.

File(s) Enclosed:

- BB Israel's Latest.qbw
- Israels latest toyvation.qbw

Download File(s)

Thanks,

**Dovy Gartenhaus**

dgartenhaus@rothcocpa.com

Roth & Co LLP