**EXHIBIT "J"**

Gmail **Aron Landau <aronlandau01@gmail.com>**

---

# Arbitration

---

**Aron Landau** <aronlandau01@gmail.com> Mon, Apr 21 at 12:47 PM
To: Israel Schaya <israel@goldstarelectronics.com>
Cc: Abraham Roth <aroth@rothcocpa.com>, Machly Green <mgreen@rothcocpa.com>

Hi Mr Roth,

See my reply below:

Regarding the main baseless claim of losses on his investment, the agreement follows Jewish law and was drafted according to halachic standards. This should be reviewed by a Rabbi knowledgeable in Jewish law. I'm outlining key points here so Mr. Roth has time to research the *shtar*.

1- First, there was **no loss**—in fact, the investment made a profit for Sruly, as he took out the following amounts directly from the company: $805K (Year 2020), $150K (Omni Ventures buyout), $240K (Pound a Ball sale), $150K (Bumper car sale), $250K (Selling Toyvation) This totals $1.595 million.

2- Even if there had been a loss, the capital was an *investment*, not a loan, as clearly stated in the agreement (HSKUA). The term " לריוח ולהפסד" is standard in *shtaros* and refers to profits/losses beyond the principal. If losses exceed the original investment, then both parties share responsibility. Also, language is included to prevent a working partner from taking profits before the principal is repaid. Therefore, "לריוח ולהפסד" ensures losses are rolled over into future years and affect disbursements, but does **not** imply responsibility for the principal. The only way a working partner can be held responsible is if it is clearly stated in the agreement that he is mekabel achrayis (accepting liability).

3- But here on Page 2, chapter 11 of the agreement (see attached) explicitly states that the working partner is **not** liable for the principal unless negligent צד א חייב באחריות על כסף שהושקע על ידי צד ב רק במקרה של פשיעה גמירה. There is no room for a claim otherwise. Mr. Roth should verify all this with a Rabbi of his choice.

**My Obitration claims:**

1. Sruly to purchase Toyvation for $500K or 1 Million (plus inventory)
2. Responsibility for liabilities, penalties, assets, and dealings with the following companies:
    - MHB Products Inc, Omni Group Global LLC, First Choice Online LLC, BB Supplier Inc, Gleeporte Toys LLC / Gleeporte Toys Trust, Real Comfort Trading Inc, Luxie Products LLC, Linko Supplies Inc, Omni Ventures NY LLC, Toyvation LLC, MHB Ventures LLC, 54 Palisade LLC, Techwave Company
3. Srulys Responsibility for half of the $95K TD loan
4. Sale of the Linden properties (54 Palisade & 418 Elmwood Terrace) due to srulys mortgage defaults.

[Quoted text hidden]

IMG_5162.jpeg