Gmail

Aron Landau <aronlandau01@gmail.com>

# Where are we at and where are we going?

**Abraham Roth** <aroth@rothcocpa.com> Tue, Apr 29, 2025 at 3:12 PM
To: Israel Schaya <israel@goldstarelectronics.com>, Aron Landau <aronlandau01@gmail.com>
Cc: Abraham Roth <aroth@rothcocpa.com>

Good Afternoon,

1. As far of the business BB/Toyvation (and affiliation companies, and for the moment I am not including Tech Wave) I am waiting from Shulem Rosenbaum to come up with the best number for net profit or loss for this company from the date Israel bought into the company until now. (As you requested, please make sure you are both on the same page as far as the general ledger is concerned, the sooner the better.) I will use that to determine if there is money due or not due from Aron to the company from the profit distributions.
2. I have instructed Shulem Rosenbaum to deal with inventory, as it is spelled out in the business agreement in paragraph 20.
3. Officers salaries is an expense of the business just like any other expenses and are not considered distributions.
4. Because the agreement in reference to the business was written according to Halacha I will ask a choshen Mishpot Dayan (a Dayan of your choice) to tell me if I am correct or not; if I decide that Aron has to return some of the profit distributions to the company.
5. Could both of you please tell me the story with Tech Wave.
6. The purchases by Israel of A. Omni Ventures, B. Pound A Ball C. Bu, has nothing to do with distributions. Each one of you received half the value of the company. Aron received money and Israel received half the ownership he didn't have.
7. As far as North Brunswick is concerned and the real estate agreement, I believe I have enough information on this subject.
8. Aron, please explain the issues you have with the Linden properties.
9. Aron, In Israel's email dated; Friday, April 25 at 2:32AM the last paragraph Israel requests an email and documents when you claim that you worked alone. Please provide this to Israel, I am not sure what he is referring to.
10. Aron, please provide Israel the tax information in reference to all companies the two of you used as requested in the email dated; Friday April 25 at 1:31AM. After the information is provided, please decide between the two of you who is taking over which company. If there is a disagreement, please bring it to my attention.
11. Aron, in Israel's email dated; Friday, April 25 at 1:31AM Israel is requesting to know if you agree or disagree for the Excess Draws and Loans. (if you disagree, please explain your reasoning)
12. Israel, you committed that you would call Usher Schick before I call him in reference to the proposed sale of BB/Toyvation, please let me know if you called him.
13. As of now, I am of the opinion (which is also according to the business agreement) that Aron is not responsible for the equity invested by Israel.
14. Israel, since the partnership began, please give me a list of loans made to Aron (what was paid and not paid) also the interest for each loan.
15. When I conclude the arbitration, if there is money due from one partner to another I will try to work out a payment plan that is mutually agreed upon both partners. If I cannot get the two of you to agree, I will decide on payment terms.

If there is any other issues, I didn't cover please tell me as soon as possible.

Please understand, anything I said above is still subject to discussion. The statements I am making in reference to various items is the way I see things at the moment.

Abe Roth