**EXHIBIT "L"**

Gmail

**Aron Landau <aronlandau01@gmail.com>**

# Final Calculation

**Dovy Gartenhaus** <dgartenhaus@rothcocpa.com> Thu, Jun 19, 2025 at 2:58 PM
To: Aron Landau <aronlandau01@gmail.com>, Israel Schaya <israel@goldstarelectronics.com>
Cc: Shulem Rosenbaum <srosenbaum@rothcocpa.com>, Machly Green <mgreen@rothcocpa.com>, Abraham Roth <aroth@rothcocpa.com>

Please see attached.

The same instructions Mr. Roth sent about the award apply here.

Roth&Co

**Dovy Gartenhaus** | Associate

Advisory Services

**P** 718-975-5328 400 Boulevard of the Americas, Suite 301
Lakewood, New Jersey 08701

www.rothcocpa.com

**Click Here to Send Files Safely.**

*An independent member of the BDO Alliance USA*

This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is proprietary, confidential, and exempt from disclosure under applicable law. Any unauthorized review, use, disclosure, or any distribution is prohibited. If you have received this email in error please notify the sender by return email and delete the original message. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. Please note, the recipient should check this email and any attachments for the presence of viruses. The organization accepts no liability for any damage caused by any virus transmitted by this email.

Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Roth & Company LLP would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

**Final Calculation.xlsx**
245K

## Income Statement 3 — "Net Income Toyvation" feeding "Combined Net Income" and "Net Income for Distribution"

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Meals and Entertainment | | | - | - | 1,167.44 | - | - | 1,167.44 |
| Office Supplies | | | 74.02 | 558.93 | 2,665.57 | 85.60 | - | 3,384.12 |
| outside service | | | 28,354.21 | 11,813.29 | 31,790.69 | 17,032.81 | - | ###### |
| Payroll Expenses | | | 56,947.30 | 11,994.93 | - | - | - | ###### |
| Payroll Processing Fees | | | 948.00 | 848.00 | 30.00 | 1,650.00 | - | ###### |
| Payroll Taxes | | | 25,702.48 | 7,988.22 | - | - | 1,254.90 | ###### |
| Product Development - Design Se | | | - | 48,000.00 | - | - | - | ###### |
| Professional Fees | | | | | | | | |
| Legal Fees | | | 4,948.00 | 6,388.84 | 57,846.04 | 27,705.00 | 175.00 | ###### |
| Professional Fees - Other | | | - | 1,672.50 | 4,557.50 | - | - | ###### |
| Total Professional Fees | | | 4,948.00 | 8,061.34 | 62,403.54 | 27,705.00 | 175.00 | ###### |
| Rent Expense | | | 381.06 | - | - | - | - | 381.06 |
| shipping expense | | | 12.55 | 25.73 | 6,256.97 | 45.15 | 232.68 | ###### |
| Travel Expense | | | - | - | 20,309.31 | - | - | ###### |
| Trucking to Amazon FBA | | | 11,044.36 | 5,768.00 | - | - | - | ###### |
| Warehouse Expense | | | 8,440.40 | 56,723.48 | 41,838.47 | 35,426.03 | 29,000.00 | ###### |
| Total Expense | | | 173,578.82 | 210,736.43 | ####### | 175,354.54 | 31,312.28 | ###### |
| Net Ordinary Income | | | ####### | (82,324.79) | ####### | ####### | (45,848.77) | ###### |
| Other Income/Expense | | | | | | | | |
| Other Income | | | | | | | | |
| Cash Back Rewards | | | - | - | - | 582.49 | - | 582.49 |
| Total Other Income | | | - | - | - | 582.49 | - | 582.49 |
| Other Expense | | | | | | | | |
| Charitable Contributions | | | - | - | 100.00 | - | - | 100.00 |
| Inventory Write-Off | | | - | 11,865.00 | - | - | - | ###### |
| Total Other Expense | | | - | 11,865.00 | 100.00 | - | - | ###### |
| Net Other Income | | | - | (11,865.00) | (100.00) | 582.49 | - | ###### |
| **Net Income Toyvation** | | | ####### | (94,189.79) | ####### | ####### | (45,848.77) | ###### |
| **Combined Net Income** | 133,788.45 | ####### | 90,096.01 | ####### | 284,339.11 | ####### | ####### | ###### |
| PAB | | | | 80,898.00 | 27,150.51 | (9,828.03) | | ###### |
| Wrong Year | | (22,738.03) | 22,738.03 | | | | | - |
| **Combine Net Income before Salary** | 133,788.45 | ####### | 112,834.04 | ####### | 257,188.60 | ####### | ####### | ###### |
| Salary Aron | 75,000.00 | 150,000.00 | 150,000.00 | 150,000.00 | 150,000.00 | 75,000.00 | | ###### |
| **Net income after AL Salary** | 58,788.45 | ####### | (37,165.96) | ####### | 107,188.60 | ####### | ####### | ###### |
| Salary Israe | 58,788.45 | 166,211.55 | - | - | 107,188.60 | - | - | ###### |
| | | | | | | | | - |
| **Net Income after Salary** | - | ####### | (37,165.96) | ####### | - | ####### | ####### | ###### |
| Adjsutment to inventory as per agree | | | 119,488.16 | | | | | |
| **Net Income for Distrubution** | - | ####### | ####### | ####### | - | ####### | ####### | ###### |

Final Calculation | Capital Calculation | Income Statement 3 | Final Balance Sheet

## Income Statement 3 — "Net Income BB" on the same worksheet

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Profe | 22,174.16 | 50,201.56 | 26,686.09 | 6,328.78 | 3,645.02 | 18,431.17 | 23,140.00 | ###### | | |
| Rent Expense | | | | | | | | | | |
| 5901 13th Av | - | 6,600.00 | - | - | - | - | - | ###### | | |
| Rent Exper | 2,450.00 | 38,800.00 | 31,150.00 | 31,827.00 | 32,781.81 | 33,765.26 | 17,389.14 | ###### | | |
| Total Rent E | 2,450.00 | 45,400.00 | 31,150.00 | 31,827.00 | 32,781.81 | 33,765.26 | 17,389.14 | ###### | | |
| Repairs and | 8.68 | 1,054.54 | - | - | - | - | - | 1,063.22 | | |
| Taxes | 109.99 | - | - | - | - | - | - | 109.99 | | |
| Taxes - Cor | 445.82 | 1,050.00 | 552.00 | 9,526.68 | 350.00 | 25.00 | - | ###### | | |
| Telephone | 194.88 | 635.22 | 2,131.34 | 1,765.16 | 2,713.70 | 1,524.24 | - | ###### | | |
| Tools & Sm | - | 2,575.00 | - | - | - | - | - | ###### | | |
| Travel Exp | 427.64 | 12,218.32 | 1,926.07 | 5,366.41 | 308.36 | - | - | ###### | | |
| Utilities | 1,303.70 | 7,365.27 | - | - | - | - | - | ###### | | |
| Warehouse | 16,356.10 | 117,606.68 | 90,248.19 | 37,370.93 | 6,797.30 | 7,854.00 | 6,810.94 | ###### | | |
| Website | - | - | 244.92 | 80.54 | 140.64 | 151.34 | - | 617.44 | | |
| Website Hc | 149.00 | 695.52 | 222.09 | 222.09 | - | - | - | 1,288.70 | | |
| Total Exper | 99,687.39 | 561,819.52 | 300,584.21 | 334,609.61 | 357,164.44 | ####### | 92,386.71 | ###### | | |
| Net Ordinar | 304,655.15 | ####### | 201,962.46 | ####### | ####### | ####### | ####### | ###### | | |
| Other Income/Expense | | | | | | | | | | |
| Other Income | | | | | | | | | | |
| Gain on sal | - | - | | | - | - | - | - | | |
| Interest Inc | 133.30 | - | - | - | - | - | - | 133.30 | | |
| Rewards/Ca | - | - | - | 13,340.00 | 6,400.00 | 23,889.82 | - | ###### | | |
| Total Other | 133.30 | - | - | 13,340.00 | 6,400.00 | 23,889.82 | - | ###### | | |
| Other Expense | | | 2,800.00 | | | | | | | |
| SG Buyout | 171,000.00 | - | - | - | - | - | - | ###### | | |
| Total Other | 171,000.00 | - | 2,800.00 | - | - | - | - | ###### | | |
| **Net Other Income** | ####### | - | (2,800.00) | 13,340.00 | 6,400.00 | 23,889.82 | - | ###### | | |
| **Net Income BB** | 133,788.45 | ####### | 199,162.46 | ####### | ####### | ####### | ####### | ###### | ####### | |
| | | | | | | | | | (861,187.14) | |
| | | | | | | | | | ######### | |
| Income | | | | | | | | | | |
| Merchandise Sales | | | ####### | ####### | ####### | ####### | 126,439.19 | ###### | | |
| Unknown Income | | | - | - | - | - | - | - | | |
| Total Income | | | ####### | ####### | ####### | ####### | 126,439.19 | ###### | | |
| Cost of Goods Sold | | | | | | | | | | |
| Amazon Advertising | | | 143,872.70 | ####### | 568,391.30 | 241,034.50 | 32,961.26 | ###### | | |
| Amazon Fees | | | | | | | | | | |
| Disposal Fee | | | 162.45 | 1,267.86 | 4,074.84 | (1,245.45) | (573.55) | 3,686.15 | | |
| FBA Inbound Transportation Fee | | | - | 264.34 | - | 19,571.97 | 4,147.37 | ###### | | |
| Lightning Deal Fee | | | 7,432.20 | 10,551.80 | 41,821.40 | 29,881.00 | 1.20 | ###### | | |
| Promotion fee Special | | | - | 1,000.00 | - | - | 300.00 | 1,300.00 | | |
| Removal Complete | | | - | - | 207.00 | 7,674.73 | - | 7,881.73 | | |
| Storage Fee | | | 9,443.19 | 73,168.81 | 105,616.37 | 87,817.26 | 7,390.69 | ###### | | |
| Subscription Fee | | | 359.91 | 416.71 | 250.07 | 624.79 | 112.78 | 1,764.26 | | |
| Vine Enrollment Fee | | | - | 1,000.00 | 1,300.00 | 200.00 | - | ###### | | |
| Amazon Fees - Other | | | ####### | ####### | ####### | 108.93 | 292.83 | ###### | | |
| Total Amazon Fees | | | 553,941.80 | ####### | ####### | 144,633.23 | 11,671.32 | ###### | | |
| Cost of Goods Sold | | | 220,371.25 | ####### | ####### | 682,814.27 | 63,160.09 | ###### | | AP Chang |
| freight cost | | | 91,614.46 | 221,546.94 | 189,586.60 | 171,945.71 | 32,881.09 | ###### | | 18,127.20 |
| Inventory Adjustment | | | 1,424.72 | 4,470.25 | 19,564.42 | 3,186.84 | - | ###### | | Storage fee ch |
| Marketplace Fees | | | 2,097.79 | 4,192.59 | 12,436.82 | 2,592.90 | 129.98 | ###### | | 25,333.42 |
| Merchant Account Fees | | | - | 704.34 | - | - | 171.94 | 876.28 | | |
| Product Development | | | 11,880.00 | 17,767.00 | 26,090.27 | 4,176.26 | - | ###### | | |
| Product Samples Expense | | | | | | | | | | |
| Barcodes | | | 250.00 | 63.00 | - | - | - | 313.00 | | |
| Mold Fee | | | 28,019.00 | 177,494.00 | 46,945.00 | 29,891.00 | - | ###### | | |

Final Calculation | Capital Calculation | Income Statement 3 | Final Balance Sheet

**Consolidated Balance sheet**

| | |
|---|---|
| **Assets** | |
| Inventory | 142,090 |
| Cash | 15,223 |
| Deposit Receivabl | 4,240 |
| Amazon Reserve | 5,218 |
| AR - Owed by Isra | 67,417 |
| AL 160k Loan 202 | 160,000 |
| AL Brother 415 Inv | 15,000 |
| AL Goldstar Real E | 370,432 |
| BB Supplier | 643,564 |
| **Total Assets** | **1,423,184** |
| **Liabilities** | |
| Accounts Payable | 666,776 |
| Citizens LOC | 70,701 |
| Goldstar Real Esta | 299,000 |
| Goldstar Short Ter | 290,000 |
| Omni Group L/E | 168,248 |
| Omni Mask Amazo | 376,153 |
| Omni Masks Amaz | 16 |
| Goldstar Electroni | 1,243 |
| TD LOC 9001 | 96,642 |
| TOYVATION L/E | 643,564 |
| Goldstar Electroni | 95,000 |
| **Total Liabilities** | **2,707,343** |

| | Dec 31, 19 | Dec 31, 20 | Dec 31, 21 | Dec 31, 22 | Dec 31, 23 | Dec 31, 24 |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| **Checking/Savings** | | | | | | |
| **Chase 0962 BB** | 161,042.94 | 778,436.05 | 0.00 | 0.00 | 0.00 | 0 |
| **Chase 1886 Omni Global** | 0.00 | 0.00 | 17,249.33 | 0.00 | 0.00 | 0 |
| **Chase 3298 LUXIE PRODUCTS** | 0.00 | 0.00 | 0.00 | 111.20 | 0.00 | 0 |
| **Chase 6987 GLEEPORTE** | 0.00 | 0.00 | 1,314.47 | 11,242.52 | 0.00 | 0 |
| **Chase 8609 MHB** | 0.00 | 0.00 | 29,009.24 | 261,617.02 | 0.00 | 0 |
| **Citizens Bank** | 76.31 | 5,319.48 | 5,284.48 | 4,227.77 | 3,802.52 | 64 |
| **Investors Bank** | 54.69 | 1,508.53 | 1,478.53 | 1,478.53 | 1,478.53 | 1,478 |
| **Nublek Inc** | 16.00 | 286.01 | 261.01 | 261.01 | 261.01 | 261 |
| **Santander Bank 7419** | 1,332.92 | 972.92 | 612.92 | 87.92 | 15,893.33 | 1,515 |
| **TD Bank 6116** | 0.00 | 0.00 | 0.00 | 2,124.04 | 39.31 | 186 |
| **Total Checking/Savings** | 162,522.86 | 786,522.99 | 55,209.98 | 281,150.01 | 21,474.70 | 3,505 |
| **Accounts Receivable** | | | | | | |
| **Accounts Receivable** | 285,000.00 | 89,845.26 | 70,060.54 | 70,216.66 | 70,216.66 | 70,2 |
| **Total Accounts Receivable** | 285,000.00 | 89,845.26 | 70,060.54 | 70,216.66 | 70,216.66 | 70,216 |

Final Calculation | Capital Calculation | Income Statement 3 | Final Balance Sheet

## Final Balance Sheet — "TOYVATION L/E" $643,563.95 (row 72)

| | Account | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|
| 64 | Loans Payable | | | | | | | |
| 65 | BSD Capital, | 0.00 | 0.00 | 0.00 | 59,720.56 | 19,938.43 | 0.00 | 0.00 |
| 66 | Total Loans Payable | 0.00 | 0.00 | 0.00 | 59,720.56 | 19,938.43 | 0.00 | 0.00 |
| 67 | Omni Group L/E | 0.00 | -210,190.38 | -202,851.76 | 168,248.24 | 168,248.24 | 168,248.24 | 168,248.24 |
| 68 | Omni Mask Amazon Mou | 0.00 | 120,326.20 | 371,888.32 | 376,073.42 | 376,152.80 | 376,152.80 | 376,152.80 |
| 69 | Omni Masks Amazon Mo | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 920.58 | 15.99 |
| 70 | Payroll Liabilities | 0.00 | 23,638.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 71 | TD LOC 9001 | 0.00 | 0.00 | 0.00 | 99,000.00 | 98,905.54 | 96,648.36 | 96,642.32 |
| 72 | TOYVATION L/E | 0.00 | -9,170.16 | -439,368.83 | -516,497.17 | 268,096.52 | 595,253.01 | 643,563.95 |
| 73 | Total Other Current Liabilities | 393,138.46 | -25,395.94 | -220,332.27 | 583,545.05 | 1,328,341.53 | 1,926,580.77 | 1,944,324.70 |
| 74 | Total Current Liabilities | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |