UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X Case No. 26-43344 -ess
In re

TOYVATION, LLC CHAPTER 11

Debtor

----------------------------------------------------------------------X

**DECLARATION IN SUPPORT OF MOTION FOR A CONTEMPT ORDER AGAINST ABRAHAM ROTH**

Aron Landau hereby declares the following under penalty of perjury, pursuant to 28 U.S.C. § 1746

1. I am the principal of the Debtor, Toyvation LLC, and am personally familiar with the facts set forth herein.
2. On August 20, 2025, at meeting related to the arbitration proceedings between myself, the 14 companies and Israel Schaya, attended by approximately eight people, including attorneys, I asked Abraham Roth, the arbitrator, to explain how the figures in the Initial Award were derived from the books of the several companies.
3. Roth’s response was that he knew "nothing about the numbers" and could not explain the the source of the amounts in the Award.
4. When I pressed him, Roth raised his voice and shouted at me in front of everyone present: "I will teach you a lesson. Nothing will help you. We will screw you for good," repeating "screw you for good."
5. I recount this not to characterize Mr. Roth's conduct, but because it is material: the arbitrator offered no explanation of the figures in his own Award.

6. I recount this not to characterize Mr. Roth's conduct, but because it is material: the arbitrator offered no explanation of the figures in his own Award. His only responses were the statements above and a referral to his firm's accountant.
7. When I persisted that I had a right to know the source of the numbers in his award, Roth directed me to speak with Shulem Rosenbaum, an accountant with Roth & Co. (Abraham Roth's firm).
8. Roth said Rosenbaum had prepared the numbers and would explain them.
9. Shulem Rosenbaum, a partner at Roth & Co., was the lead accountant responsible for the accounting of all fourteen companies in the arbitration, including the Debtor, Toyvation LLC. He and his team worked and billed 263 hours on that engagement. He was the sole source of the accounting on which the Award rests.
10. As Roth directed, on August 24, 2025, I and my accountant, [Goldmuntzer], met with Rosenbaum at Roth & Co.'s Lakewood office.
11. Rosenbaum confirmed that the accounting for all of the companies had been consolidated into one combined accounting, and that the assets, liabilities, distributions and loans of the individual companies, including the Debtor, were not kept or analyzed separately as to each company.
12. Specifically, **Rosenbaum confirmed that the accounting for all of the companies had been consolidated into one combined accounting**, and that the assets, liabilities, distributions and loans of the individual companies, including the Debtor, were not kept or analyzed at for each company separately.
13. **Rosenbaum also confirmed that everything had been treated as one pool of assets belonging to Schaya and me personally.**

14. Rosenbaum did not identify what portion of the distributions, loans or other amounts in the Award came from the Debtor rather than any other company and **confirmed that no such separation had been performed.**

15. The Award's figures therefore rest on a consolidated pool in which the Debtor's assets were never separated from those of the other companies or of the two members.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 14, 2026

ARON LANDAU