UNITED STATES BANKRUPTCT COURT
EASTERN DISTRICT OF NEW YORK

In re

TOYVATION LLC,

Debtor

. Case No. 26-43344 -ess

CHAPTER 11

**ORDER**

---

**ORDER OF CONTEMPT AGAINST ABRAHAM ROTH, IMPOSITION OF SANCTIONS AND VOIDING AND ARBITRATION DECISION MADE BY ABRAHAM ROTH DATED SEPTEMBER 7, 2026**

Upon the application (the "Application") of TOYVATION LLC, the Debtor , the above-captioned debtor and debtor-in-possession (the "Debtor"), for entry an order holding Abraham Roth in contempt of court, imposing sanctions against him and voiding an arbitration decision dated September 7, 2026; and upon the declaration of Solomon Rosengarten and the declaration of Aron Landau, which is annexed to the Notice of Motion, and it appearing that Abraham Roth has violated the automatic stay; and this Court having determined that Abraham Roth violated the automatic stay, that sanctions should be imposed against him and that his arbitration decision dated September 7, 2026 is void and adequate notice of the Application having been given; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that Abraham Roth is adjudged in contempt of court; and it is further

ORDERED that Abraham shall pay the Debtor the sum of $ as a sanction for violating the automatic stay; and it is further

ORDERED that the arbitration decision made by Abraham Roth dated September 7, 2026, is void.

Dated: Brooklyn, New York

________________________________
HON. ELIZABETH STONG
UNITED STATES BANKRUPTCY JUDGE