UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | |
|---|---|
| In re:<br><br>TOYVATION LLC,<br><br>Debtor. | Chapter 11<br>Case No. 1-26-43344-ess |

---------------------------------------------------------------X

**ORDER SCHEDULING A CONFERENCE ON SHORTENED NOTICE ON THE EMERGENCY MOTION FOR CONTEMPT**

**WHEREAS**, on July 9, 2026, Toyvation LLC (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code; and

**WHEREAS,** on September 14, 2026, the Debtor filed an Emergency Motion for Contempt, ECF No. 15 (the "Emergency Motion"); and

**WHEREAS**, in the Emergency Motion, the Debtor states, among other things, and in substance, that Abraham Roth (the "Arbitrator") violated Bankruptcy Code Section 362 by rendering an arbitration decision during the pendency of this bankruptcy case, on September 7, 2026; and

**WHEREAS**, in the Emergency Motion, the Debtor seeks, among other things, and in substance, to vacate the Arbitrator's decision; and

**WHEREAS**, in the Emergency Motion, the Debtor seeks, among other things, and in substance, sanctions against the Arbitrator and to hold the Arbitrator in civil contempt; and

**WHEREAS,** on September 22, 2026, the Debtor filed a Motion to Limit Notice (the "Expedited Hearing Request"), Declaration of Solomon Rosengarten, and Proposed Order

Shortening Notice, requesting a hearing on an expedited basis in compliance with Eastern District of New York Local Bankruptcy Rule 9077-1(a).

**NOW, THEREFORE**, it is hereby

**ORDERED,** that the Debtor and the Arbitrator are directed to confer on the issues addressed in the Emergency Motion; and it is further

**ORDERED,** that the Court will hold a video conference on the Emergency Motion, Emergency Hearing Request and the relief requested therein on **October 2, 2026, at 12:30 p.m.**, before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

**ORDERED,** that the Debtor is directed to serve this Order, the Emergency Motion and the Emergency Hearing Request on which it is based via email or facsimile, or if not available by overnight delivery service, to be received by September 28, 2026, at 12:00 p.m., upon: (i) the Creditor (ii) all secured creditors; (iii) all unsecured creditors, including utility companies; (iv) all parties having filed a notice of appearance in this case; (v) the Arbitrator; and (vi) the Office of the United States Trustee, and service of the Emergency Motion in this manner shall constitute good and sufficient service and notice of the Emergency Motion; and it is further

**ORDERED,** that the Debtor is directed to file proof of service by September 30, 2026; and it is further

**ORDERED,** that objections to the Emergency Motion and the Emergency Hearing Request, if any, may be stated at the October 2, 2026, conference, and a schedule for the filing of written opposition may be set at the October 2, 2026, conference; and it is further

**ORDERED, that the October 2, 2026, conference will be conducted remotely, via video call. All participants, including attorneys, clients, and pro se parties, may register to appear remotely as follows:**

**Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl at least two business days before the scheduled hearing. To register, please provide your name, address, e-mail address, telephone number to be used on the hearing date, and if appropriate, the party that you represent. You will receive instructions how to access the hearing via email two days before the hearing.**

**Those unable to access eCourt Appearances should email Judge Stong's Courtroom Deputy at: ess_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing. Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number.**

Dated: Brooklyn, New York
September 23, 2026

Elizabeth S. Stong
United States Bankruptcy Judge

TO:

***Debtor***
Toyvation LLC
443 E. 54th St.
Brooklyn, NY 11218
KINGS-NY

***U.S. Trustee***
**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408