UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

TOYVATION, LLC

Debtor.
-----------------------------------------------------------X

Case No. 26-43344-ess

CHAPTER 11

Solomon Rosengarten hereby declares under penalty of perjury, pursuant to 28 U.S.C. 1746:

1. On September 27, 2026, I served the Order Shortening Time, Application in Support of Order Shortening Time, Notice of Motion for Contempt and Declaration in Support of Motion to the following by e-mail:

Michael Amato
Attorney for Israel Schaya (interested party)
mamado@forchellilaw.com

Abraham Roth
aroth@rothcocpa.com

Tarter Krinsky & Grogan
ar@tarterkrinsky.com

BBL Freight
billing@bblfreight.com

Tactical Logistic Solutions Inc.
Accounting@tacticallogisitc.com

ARC Air Logistics
Accounting@arc-logistics.com

NYS Workers Compensation Board
Office of Secretary@wcb.ny.gov

Dated: September 30, 2026

/s/ Solomon Rosengarten
SOLOMON ROSENGARTEN