UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---

In re:

Case No. 26-43344-ess

TOYVATION LLC

Debtor

X
---

**STATEMENT PURSUANT TO LBR 1074-1(c)**

Aron Landau hereby declares pursuant to 28 U.S.C. §1746 as follows:

1. I am the Sole Member of TOYVATION LLC and submit this declaration pursuant to Local Rule 1074-1(c).

2. The instant Chapter 11 filing was duly authorized by TOYVATION, LLC

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of October 2026

ARON LANDAU
Sole Member