UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re: TOYVATION LLC, Chapter 11

Debtor.

----------------------------------------------------------X Case No. 1-26-43344-ess

**ORDER SCHEDULING A CONFERENCE/HEARING ON SHORTENED NOTICE ON THE EMERGENCY MOTION FOR CONTEMPT**

WHEREAS, on July 9, 2026, Toyvation LLC (the “Debtor”) filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code; and WHEREAS, on October 9, 2026, the Debtor filed an Emergency Motion for Contempt, ECF No. 23 (the “Emergency Motion”); and

WHEREAS, in the Emergency Motion, the Debtor states, among other things, and in substance, that Israel Schaya, Mark Kranz and Suslovich & Klein LLC violated Bankruptcy Code Section 362 by filing an Order to Show Cause in the Supreme Court, Kings County, seeking confirmation of an arbitration award affecting the Debtot during the pendency of this bankruptcy case, on September 9, 2026; and

WHEREAS, in the Emergency Motion, the Debtor seeks, among other things, and in substance, to vacate the Order to Show Cause and

WHEREAS, in the Emergency Motion, the Debtor seeks, among other things, and in substance, sanctions against Israel Schaya, Mark Kranz and Suslovich & Klein and to hold them in civil contempt; and

WHEREAS, on October 9, 2026, the Debtor filed a Motion to Limit Notice (the “Expedited Hearing Request”), Declaration of Solomon Rosengarten, and Proposed Order Shortening Notice, requesting a hearing on an expedited basis in compliance with Eastern District of New York Local Bankruptcy Rule 9077-1(a).

NOW, THEREFORE, it is hereby

ORDERED, that the Debtor and Israel Schaya, through his attorneys, Suslovich & Kleon LLP and Mark Kranz are directed to confer on the issues addressed in the Emergency Motion; and it is further

ORDERED, that the Court will hold a video conference on the Emergency Motion, Emergency Hearing Request and the relief requested therein on

before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

ORDERED, that the Debtor is directed to serve this Order, the Emergency Motion and the Emergency Hearing Request on which it is based via email or facsimile, or if not available by overnight delivery service, to be received by

upon: (i) the Creditor (ii) all secured creditors; (iii) all unsecured creditors, including utility companies; (iv) all parties having filed a notice of appearance in this case; (v) Mark Kranz and Suslovich & Klein; and (vi) the Office of the United States Trustee, and service of the Emergency Motion in this manner shall constitute good and sufficient service and notice of the Emergency Motion; and it is further

ORDERED, that the Debtor is directed to file proof of service by ;

and it is further

ORDERED, that objections to the Emergency Motion and the Emergency Hearing Request, if any, may be stated at the conference/hearing and a schedule for the filing of written opposition may be set at the conference/hearing ; and it is further

ORDERED, that the conference will be conducted remotely, via video call. All participants, including attorneys, clients, and pro se parties, may register to appear remotely as follows: Please

register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi bin/eCourtAppearances.pl at least two business days before the scheduled hearing. To register, please provide your name, address, e-mail address, telephone number to be used on the hearing date, and if appropriate, the party that you represent. You will receive instructions how to access the hearing via email two days before the hearing. Those unable to access eCourt Appearances should email Judge Stong's Courtroom Deputy at: ess_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing. Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number.