UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:

Chapter 11
Case No. 1-26-43344-ess

TOYVATION LLC,

Debtor.
----------------------------------------------------------X

**ORDER SCHEDULING A CONFERENCE ON THE MOTION FOR STAY RELIEF**

**WHEREAS**, on July 9, 2026, Toyvation LLC (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code; and

**WHEREAS,** on October 13, 2026, Israel Schaya (the "Movant") filed a Motion for relief from the automatic stay and requests an order holding that the automatic stay is not applicable to the pending arbitration, ECF No. 25 (the "Motion for Stay Relief"); and

**WHEREAS**, in the Motion for Stay Relief, the Movant states, among other things, and in substance, that the automatic stay is not applicable to the pending arbitration and to modify the automatic stay to permit the arbitration to proceed; and

**WHEREAS**, on October 13, 2026, Movant's counsel filed a Declaration of Michael Amato, and Proposed Order Shortening Notice, requesting a hearing on an expedited basis in compliance with Eastern District of New York Local Bankruptcy Rule 9077-1(a).

**NOW, THEREFORE**, it is hereby

**ORDERED,** that the Debtor and Israel Schaya are directed to confer on the issues addressed in the Motion for Stay Relief; and it is further

**ORDERED,** that the Court will hold a video conference on the Motion for Stay Relief, Emergency Hearing Request and the relief requested therein on **November 17, 2026, at 12:30 p.m.**, before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

**ORDERED,** that the Debtor is directed to serve this Order, the Motion for Stay Relief on which it is based via first class mail, by October 23, 2026, upon: (i) the Debtor (ii) all secured creditors; (iii) all unsecured creditors, including utility companies; (iv) all parties having filed a notice of appearance in this case; (v) Abraham Roth; and (vi) the Office of the United States Trustee, and service of the Motion for Stay Relief in this manner shall constitute good and sufficient service and notice of the Motion for Stay Relief; and it is further

**ORDERED,** that the Debtor is directed to file proof of service by October 30, 2026; and it is further

**ORDERED,** that objections to the Motion for Stay Relief, if any, may be stated at the November 17, 2026, conference, and a schedule for the filing of written opposition may be set at the November 17, 2026, conference; and it is further

**ORDERED, that the November 17, 2026, conference will be conducted remotely, via video call. All participants, including attorneys, clients, and pro se parties, may register to appear remotely as follows:**

**Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl at least two business days before the scheduled hearing. To register, please provide your name, address, e-mail address, telephone number to be used on the hearing date, and if appropriate, the party that you represent. You will receive instructions how to access the hearing via email two days before the hearing.**

**Those unable to access eCourt Appearances should email Judge Stong's Courtroom Deputy at: ess_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing. Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number.**

Dated: Brooklyn, New York
October 21, 2026

Elizabeth S. Stong
United States Bankruptcy Judge

TO:

***Debtor***
Toyvation LLC
443 E. 54th St.
Brooklyn, NY 11218
KINGS-NY

***U.S. Trustee***
**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408