UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
In re:

Case No. 26-43344-ess

TOYVATION, LLC

Debtor
---------------------------------------------------X

**CERTIFICATION OF SOLE MEMBER REGARDING AUTHORIZATION TO COMMENCE CHAPTER 11 CASE AND AUTHORITY OF MANAGER**

Aron Landau hereby declares the following pursuant to 28 U.S.C. § 1746:

1. I am the sole member and owner of one hundred percent (100%) of the membership interests of Toyvation, LLC (the "Debtor"), a limited liability company duly organized and existing under the laws of the State of New York.

2. I am fully familiar with the Debtor's organization, management structure, operating agreement, and the actions taken to authorize the commencement of this bankruptcy proceeding. I am competent and duly authorized to execute this Certification on behalf of the Debtor.

3. The Debtor is a single-member New York limited liability company, and I am its sole member.

4. Pursuant to the Debtor's Operating Agreement and applicable provisions of the New York Limited Liability Company Law, I duly appointed Solomon Poller as Manager of the Debtor.

5. Said appointment was duly authorized and approved by me in my capacity as sole member of the Debtor, and Solomon Poller accepted such appointment.

6. At all times relevant to the commencement of this bankruptcy proceeding Solomon Poller was the duly appointed and acting Manager of the Debtor and was authorized to act on behalf of the Debtor within the scope of the authority conferred upon the Manager.

7. On July 7, 2026, prior to the filing of the Debtor's bankruptcy petition, I, as the sole member of the Debtor, duly authorized and approved the commencement of a voluntary case under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of New York.

8. In connection with said authorization, I specifically authorized and directed Solomon Poller, in the Manager's capacity as the duly appointed Manager of the Debtor, to take any and all actions necessary or appropriate to commence and prosecute the Debtor's Chapter 11 bankruptcy proceeding, including, without limitation:

a. Executing and causing to be filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code;

b. Executing and filing, or causing to be filed, the Debtor's bankruptcy schedules, statement of financial affairs, statement of financial condition, declarations, certifications, lists, and all other documents required in connection with the bankruptcy proceeding;

c. Retaining and instructing bankruptcy counsel, subject to any required approval of the Bankruptcy Court;

d. Executing and delivering applications, affidavits, declarations, pleadings, motions, and other documents necessary or appropriate in connection with the administration of the Debtor's Chapter 11 case;

e. Appearing on behalf of the Debtor, through counsel where required, in connection with the bankruptcy proceeding; and

f. Taking such other actions as may be reasonably necessary or appropriate to effectuate the foregoing authorization and administer the Debtor's bankruptcy case, subject to applicable law and any required Bankruptcy Court approval.

9. The authorization to commence this bankruptcy proceeding was duly adopted in accordance with the Debtor's Operating Agreement and applicable New York law, and no further consent, vote, resolution, or approval of any other member, manager, officer, or person was required, except for any approval that has already been duly obtained.

10. The commencement of this Chapter 11 case was duly authorized prior to the filing of the voluntary petition, and Solomon Poller possessed full authority to execute and cause the filing of the petition on behalf of the Debtor.

11. The filing of the Debtor's voluntary Chapter 11 petition by Solomon Poller was undertaken pursuant to the express authorization and approval of the Debtor's sole member and constitutes a duly authorized act of the Debtor.

12. Neither the appointment of Solomon Poller nor the authorization to commence this bankruptcy proceeding has been revoked, rescinded, or modified, and both remain in full force and effect as of the date of this Certification.

13. A copy of the Resolution authorizing the filing and appointing Solomon Poller is annexed hereto as Exhibit “A”.

14. I make this Certification for the purpose of establishing that the Debtor's Chapter 11 bankruptcy filing was duly authorized under applicable law and that the Manager possessed the requisite authority to act on behalf of the Debtor in commencing this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 12, 2026

____________________
ARON LANDAU