**WRITTEN CONSENT AND RESOLUTIONS OF THE SOLE MEMBER OF TOYVATION, LLC,**
A New York Limited Liability Company

AUTHORIZING COMMENCEMENT OF A VOLUNTARY CHAPTER 11 BANKRUPTCY CASE

The undersigned, being the sole member (the "Sole Member") of **TOYVATION, LLC**, a limited liability company duly organized and existing under the laws of the State of New York (the "Company"), hereby adopts the following resolutions by written consent pursuant to the New York Limited Liability Company Law and the Operating Agreement of the Company.

**RECITALS**

**WHEREAS**, the undersigned is the sole member of the Company and owns one hundred percent (100%) of its membership interests;

**WHEREAS**, Solomon Poller is the duly appointed and acting Manager of the Company;

**WHEREAS**, the Sole Member has reviewed and considered the financial condition of the Company, its assets, liabilities, indebtedness, and obligations;

**WHEREAS**, the Sole Member has determined that it is advisable and in the best interests of the Company to seek relief under Chapter 11 of the United States Bankruptcy Code;

**WHEREAS**, the Sole Member desires to authorize and empower the Manager to commence a voluntary Chapter 11 bankruptcy proceeding on behalf of the Company;

**NOW, THEREFORE, BE IT RESOLVED AS FOLLOWS:**

**FIRST: Authorization to Commence Chapter 11 Bankruptcy**

**RESOLVED**, that the Company is hereby authorized to commence a voluntary case under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of New York, as determined appropriate by bankruptcy counsel;

**RESOLVED FURTHER**, that Solomon Poller, as Manager of the Company, is hereby expressly authorized, empowered, and directed, in the name and on behalf of the Company, to execute and cause to be filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

**SECOND: Authorization to Execute and File Bankruptcy Papers**

**RESOLVED**, that the Manager is hereby authorized and empowered to execute, verify, acknowledge, deliver, and cause to be filed all documents necessary or appropriate in connection with the commencement and prosecution of the Chapter 11 proceeding.

**THIRD: Authority to Act on Behalf of Debtor**

**RESOLVED**, that the Manager is hereby authorized to act on behalf of the Company in connection with the Chapter 11 proceeding, including communicating with the Bankruptcy Court, the United States Trustee, creditors, and other parties in interest;

**RESOLVED FURTHER**, that the Manager is authorized to execute and file first-day motions, applications, declarations, and other pleadings necessary or appropriate for the administration of the Chapter 11 case;

**RESOLVED FURTHER**, that the Manager is authorized to exercise the powers and perform the duties of the Company as debtor in possession, to the extent permitted by the Bankruptcy Code and applicable orders of the Bankruptcy Court.

**FOURTH: Further Acts**

**RESOLVED**, that the Manager is authorized to take any and all further actions and to execute and deliver any and all additional documents that the Manager, in consultation with counsel, may deem necessary or appropriate to carry out the intent and purposes of these resolutions, subject to applicable law and any additional approvals required by the Company's Operating Agreement.

**FIFTH: Effective Date**

**RESOLVED**, that these resolutions shall become effective immediately upon execution by the Sole Member and shall remain in full force and effect unless amended or revoked in accordance with applicable law.

**EXECUTION BY SOLE MEMBER**

IN WITNESS WHEREOF, the undersigned, being the sole member and owner of one hundred percent (100%) of the membership interests of the Company, hereby adopts and approves the foregoing resolutions as of the 7th day of July 2026.

**SOLE MEMBER OF TOYVATION, LLC**

Signature: ______________________________

Name of Sole Member: Aron Landau

Capacity: Sole Member

Dated: July 7, 2026